Richard S. TROWBRIDGE, Dr., Lucille Donadio, Richard Coriasco, Betty Jo Merritt, Dr., Patricia Brophy, Alex Zemcov, Dr., and Michael Zembrower, Dr., individually and on behalf of all other Persons similarly situated, Plaintiffs–Appellants,

v.

INSTITUTE FOR BASIC RESEARCH IN DEVELOPMENTAL DISABILITIES OF THE OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, New York

---

State Department of Mental Hygiene, New York State Department of Civil Service, Henryk M. Wisniewski, Dr., Melvin Hicks, Peter Vietze, Public Employees Federation, AFL–CIO, Michael Fenko, Thomas Maul, Office of Mental Retardation and Developmental Disabilities, Jean S. Miller, and George C. Sinnott, Defendants–Appellees.

Docket No. 03–7339.

United States Court of Appeals, Second Circuit.

Feb. 23, 2004.

Robert Valli, Jr. (Catherine Sammartino, on the brief), Leeds, Morelli & Brown, P.C., Carle Place, NY, for Appellants.

Leonard A. Cohen, Assistant Attorney General of the State of New York (Eliot Spitzer, Attorney General, on the brief; Deon J. Nossel, Senior Assistant Solicitor General, of counsel), New York, NY, for Appellees.

PRESENT: OAKES, KEARSE and CABRANES, Circuit Judges.

SUMMARY ORDER

Finding no abuse of discretion in the District Court's denial of appellants' Rule 60(b) motion, we affirm the order of the District Court, for substantially the reasons stated by Judge Johnson in his Memorandum and Order, *see Trowbridge v. Institute for Basic Research in Developmental Disabilities*, 2003 WL 21143086 (E.D.N.Y. Mar.3, 2003). We also reject the request, made in appellants' October 22, 2003 brief on this appeal, that this Court recall the mandate that was issued on July 31, 2001, dismissing the prior appeal.

The judgment of the District Court is **AFFIRMED.**